IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| RICHARD ANTHONY PADILLA #1374064 | § § § | |
| V. | § § | W-20-CA-824-ADA |
| BOBBY LUMPKIN | § § | |

## FINAL JUDGMENT

Before the Court is the above styled and numbered cause. On this date, the Court denied Petitioner Richard Anthony Padilla's Application for Habeas Corpus Relief and determined that a certificate of appealability shall not be issued. Accordingly, as all issues in this cause have been resolved, the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

It is therefore **ORDERED** that Petitioner Richard Anthony Padilla's Application for Habeas Corpus Relief is hereby **DENIED**.

It is finally **ORDERED** that the above styled and numbered cause is hereby **CLOSED**.

**SIGNED** on September 22, 2020

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE